```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    24cr 686 (DLC)
                                         :
             -v-                         :    ORDER
                                         :
FEDERICO HERNANDEZ GAMBOA,               :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **December 11, 2024 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           December 6, 2024

                                          _____
                                             DENISE COTE
                            United States District Judge