UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                          :    24cr686(DLC)
UNITED STATES OF AMERICA,        :
                                        :      ORDER
          -v-                        :
FEDERICO HERNANDEZ GAMBOA,      :
               Defendant.     :
------------------------------------X

DENISE COTE, District Judge:

On December 11, 2024, the defendant entered a plea of guilty. The defendant argued that remand to the MDC would entail risks to the defendant's safety that were unique to the defendant. The Government having made arrangements for the defendant to be incarcerated at a facility other than the MDC, it is hereby

ORDERED that the defendant shall surrender to the U.S. Marshals Service by 2:00 PM on December 19, 2024 for remand to a non-MDC facility.

Dated:    New York, New York
          December 17, 2024

                                        _____
                                           DENISE COTE
                                   United States District Judge