# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 18, 2024

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
New York, New York 10007

*Surrender is extended to Monday, December 23 at 2 pm.*
*Denise Cote*
*12/18/24*

Re: **United States v. Federico Hernandez Gamboa
24 Cr. 686 (DLC)**

Dear Judge Cote:

I am filing this letter in response to the Court's December 18, 2024 denial of the defense's motion to reconsider the Court's December 17, 2024 order mandating that my client, Federico Hernandez Gamboa, self-surrender to the Marshall's service on December 19, 2024 by 2:00pm to be detained at a non-MDC facility. In the motion to reconsider, the defense requested, as an alternative remedy, that the Court extend Mr. Hernandez's self-surrender date to after the Christmas holidays. The defense is now requesting, at the very least, that the Court extend Mr. Hernandez's surrender date to Monday, December 23, 2024, to allow him to spend time with his daughters, one of whom is currently en route to New York City from her first year of college at the University of Navarra in Pamplona, Spain. His daughter's flight will be arriving at 1:00pm on Thursday, December 19 and, given the time restrictions, Mr. Hernandez will be unable to see his daughter before his 2:00pm self-surrender that day. Additionally, Mr. Hernandez's other daughter, who is traveling from Boston to spend the holidays in New York with her father will also not be arriving until tomorrow evening. The brief extension to Monday will not only allow the family time to be together before Mr. Hernandez's unanticipated self-surrender, but it will also, as a logistical matter, allow the family to gather his belongings, provide his daughters with keys and access to his apartment, and transition his housing before he is remanded.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Marisa K. Cabrera*

Marisa K. Cabrera
Assistant Federal Defender

1