UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FEDERICO HERNANDEZ GAMBOA

**Amended Consent**
**Order of Restitution**

24 Cr. 686 (DLC)

Upon the application of the United States of America, by its attorney, Matthew Podolsky,

Acting United States Attorney for the Southern District of New York, Amanda Weingarten,

Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's

conviction on Count One of the Information; and all other proceedings in this case, it is hereby

ORDERED that:

### 1.    Amount of Restitution

Federico Hernandez Gamboa, the defendant, shall pay restitution in the total amount of

$665,385, pursuant to 18 U.S.C. §§ 3663, 3663A, to the victims of the offense charged in Count

One. The names, addresses, and specific amounts owed to each victim are set forth in the Amended

Sealed Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States

Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send

payments to the new address without further order of this Court.

### A.    Joint and Several Liability

Restitution is not joint and several with other defendants or with others not named herein.

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United

States is paid. Restitution shall be paid to the victims identified in the Amended Schedule of

Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be

distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

    **2.**    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in monthly installments of at least 20 percent of the defendant's gross income, payable on the 15th day of each month, immediately upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

**3.**    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

2023.2.16                                        2

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Amended Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: /s/ Amanda Weingarten _____            3/17/2025 ____
Remy Grosbard/Amanda Weingarten             DATE
26 Federal Plaza, 37th Floor
New York, NY 10278
Tel.: (212) 637–2445 / 2257

FEDERICO HERNANDEZ GAMBOA

By: _____            3/18/25
Federico Hernandez Gamboa                DATE

By: _____            3/18/25
Marisa Cabrera, Esq.                     DATE
52 Duane Street, 10th Floor
New York, NY 10007
Tel: 212-417-8730

SO ORDERED:

_____            March 20, 2025
HONORABLE DENISE L. COTE                DATE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -        AMENDED SEALED SCHEDULE
              OF VICTIMS
FEDERICO HERNANDEZ GAMBOA,

          24 Cr. 686 (DLC)
     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| Name | Address | Amount of Restitution |
|------|---------|----------------------|
|  |  | $265,785 |
|  |  | $72,000 |
|  |  | $77,600 |
|  |  | $250,000 |
| Total: |  | $665,385 |